Gary Ivan TERRY, Petitioner—Appellant,

v.

Darlene A. VELTRI, Warden, Federal Prison Camp, Seymour Johnson Air Force Base, Respondent—Appellee.

No. 04–6466.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2004.

Decided Dec. 13, 2004.

Gary Ivan Terry, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Gary Ivan Terry, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Terry v. Veltri*, No. CA–02–742–5–F (E.D.N.C. Dec. 16, 2003). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*